```
UNITED STATES BANKRUPTCY
COURT
DISTRICT OF NEW JERSEY
```

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

**In Re:**

**MICHELLE M. TRACEY,**

                **Debtor**

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-26949-JNP

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION
## BY EXETER FINANCE, LLC

The Relief set forth on the following pages, numbered two (2) through three (3) is hereby

**ORDERED.**

**DATED: February 18, 2020**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

Debtor:           Michelle M. Tracey
Case No.:         19-26949-JNP
Caption of Order: Consent Order Settling Objection to Confirmation

Upon the Objection to Confirmation of Exeter Finance, LLC ("Exeter"), and whereas the Debtors and Exeter seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtors own a 2012 KIA Optima-4 Cyl. Sedan 4D EX, V.I.N. 5XXGN4A74CG042774, securing a lien held by Exeter.

2. Exeter shall be paid $15,973.50 plus 5.50% interest for sixty (60) months shall be paid as a secured claim to Exeter through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $18,306.74.

3. The remainder of Exeter's claim shall be treated as a general unsecured claim.

4. Exeter shall retain its lien on the 2012 KIA Optima-4 Cyl. Sedan 4D EX until the Debtors completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor:             Michelle M. Tracey
Case No.:           19-26949-JNP
Caption of Order:   Consent Order Settling Objection to Confirmation

**We hereby Consent to the form and entry of the foregoing Order.**

| | |
|---|---|
| Eric Clayman, Esquire | Jason Brett Schwartz, Esquire |
| Jenkins & Clayman | Mester & Schwartz, P.C. |
| 412 White Horse Pike | 1917 Brown Street |
| Audubon, NJ 08106 | Philadelphia, PA 19130 |
| Attorney for Debtors | Attorney for Exeter Finance, LLC |