UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

In Re:

MICHELLE M. TRACEY,

       Debtor

Order Filed on February 18, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-26949-JNP

Judge: Jerrold N. Poslusny Jr.

## CONSENT ORDER SETTLING OBJECTION TO CONFIRMATION BY EXETER FINANCE, LLC

  The Relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

DATED: February 18, 2020

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

2

| | |
|---|---|
| Debtor: | Michelle M. Tracey |
| Case No.: | 19-26949-JNP |
| Caption of Order: | Consent Order Settling Objection to Confirmation |

Upon the Objection to Confirmation of Exeter Finance, LLC ("Exeter"), and whereas the Debtors and Exeter seek to resolve the Objection; it is hereby stipulated and agreed to that:

1. The Debtors own a 2012 KIA Optima-4 Cyl. Sedan 4D EX, V.I.N. 5XXGN4A74CG042774, securing a lien held by Exeter.

2. Exeter shall be paid $15,973.50 plus 5.50% interest for sixty (60) months shall be paid as a secured claim to Exeter through the Bankruptcy Plan by the Chapter 13 Trustee. Payments will total $18,306.74.

3. The remainder of Exeter's claim shall be treated as a general unsecured claim.

4. Exeter shall retain its lien on the 2012 KIA Optima-4 Cyl. Sedan 4D EX until the Debtors completes her Chapter 13 Plan and receives her discharge.

5. This agreement is only binding upon the parties in this instant Chapter 13 case. If not paid in full within this instant Chapter 13 case due to dismissal, termination, or conversion, this agreement is not binding upon the parties.

3
Debtor:            Michelle M. Tracey
Case No.:          19-26949-JNP
Caption of Order:  Consent Order Settling Objection to Confirmation

We hereby Consent to the form and entry of the foregoing Order.

_____        _____
Eric Clayman, Esquire                  Jason Brett Schwartz, Esquire
Jenkins & Clayman                      Mester & Schwartz, P.C.
412 White Horse Pike                   1917 Brown Street
Audubon, NJ 08106                      Philadelphia, PA 19130
Attorney for Debtors                   Attorney for Exeter Finance, LLC

United States Bankruptcy Court
District of New Jersey

In re:  
Michelle M. Tracey  
      Debtor

Case No. 19-26949-JNP  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 1 | Date Rcvd: Feb 19, 2020 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 21, 2020.
db     +Michelle M. Tracey,   115 West Emlen Avenue,   Lawnside, NJ 08045-1119

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 21, 2020     Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 19, 2020 at the address(es) listed below:
    Denise E. Carlon   on behalf of Creditor   MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
    Eric Clayman   on behalf of Debtor Michelle M. Tracey jenkins.clayman@verizon.net, connor@jenkinsclayman.com
    Isabel C. Balboa   ecfmail@standingtrustee.com, summarymail@standingtrustee.com
    Jason Brett Schwartz   on behalf of Creditor   Exeter Finance, LLC jschwartz@mesterschwartz.com
    Rebecca Ann Solarz   on behalf of Creditor   MidFirst Bank rsolarz@kmllawgroup.com
    U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
    TOTAL: 6