| In re: | | Case No. |
|---|---|---|
| MICHELLE TRACEY | | 19-26949-JNP-13 |
| Debtor(s). | | |

## CHANGE OF PAYMENT ADDRESS FOR CREDITOR

Exeter Finance LLC hereby requests that the mailing address pertaining to payments in the above case be changed.

From:

Exeter Finance LLC

PO Box 167399

Irving TX 75016

To:

Exeter Finance LLC

PO Box 650693

Dallas, TX 75265-0693

Date: 3/3/2020

Signature: *[signature]*
Name: Stephanie Rios
Address: 2250 John Carpenter Frwy
Suite 100
Irving, TX 75063