Form G-15

UNITED STATES BANKRUPTCY COURT
District of New Jersey (Camden)

CHANGE OF ADDRESS – **CREDITOR**

If completed by an attorney, this form must be filed electronically in CM/ECF.
This form cannot be used to change the name of a creditor.

In re: Michelle M. Tracey                Case Number: 19-26949
                                         Chapter: 13

Check which type of address change is being requested:

☐ Notice only    ☐ Payment only    ☒ Notice & Payment

Creditor's Name: Purchasing Power, LLC

Enter related claim number(s) if any: 14-1        Dollar Amount: $ 1,450.77

**Previous Notice Address:**
Bankruptcy Department
1349 West Peachtree Street NW
Suite 1100
Atlanta, GA 30309

**New Notice Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

*FILED JEANNE A. NAUGHTON, CLERK FEB 23 2021 U.S. BANKRUPTCY COURT CAMDEN, N.J. BY _____ DEPUTY*

**Previous Payment Address:**
Bankruptcy Department
2727 Paces Ferry Road, SE
Building 2, Suite 1200
Atlanta, GA 30339

**New Payment Address:**
Purchasing Power LLC
Bankruptcy Department
P.O. Box 745857
Atlanta, GA 30374-5857

Change requested by: Seprina-Renee Thomas, Bankruptcy Paralegal
(Printed name and title)

Mailing Address    Purchasing Power, LLC
                   Bankruptcy Department
                   2727 Paces Ferry Road, SE
                   Building 2, Suite 1200
                   Atlanta, GA 30339

Creditor Phone Number: 404-602-1489

Creditor Email Address: bankruptcy@purchasingpower.com

Signature and Date  *Seprina Renee Thomas*    2/15/21

Under penalty of perjury, I declare that the information I have provided in this form is true and correct and I am authorized to execute this form on behalf of the creditor.

This notice is provided pursuant to 11 USC § 342 (e)(1), and the address provided above supersedes any previous address provided for this creditor in this case.

rised 1/24/19

ZIP 30339 $ 001.40⁰
02 4W
0000366995 FEB. 15. 2021



U.S. Bankruptcy Court
District of New Jersey

Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Room 1050
Camden, NJ 08101

…rchasing Power, LLC
…27 Paces Ferry Rd SE
…uilding 2 Suite 1200
Atlanta, GA 30339