Printed on: 12/31/2022
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 19-26949 (JNP)

Michelle M. Tracey
115 West Emlen Avenue
Lawnside, NJ  08045

Monthly Payment: $754.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/12/2022 | $348.00 | 01/31/2022 | $348.00 | 02/10/2022 | $348.00 | 02/23/2022 | $348.00 |
| 03/14/2022 | $348.00 | 03/22/2022 | $348.00 | 04/04/2022 | $348.00 | 04/29/2022 | $348.00 |
| 05/03/2022 | $348.00 | 05/17/2022 | $348.00 | 05/31/2022 | $348.00 | 06/14/2022 | $348.00 |
| 07/01/2022 | $348.00 | 07/11/2022 | $348.00 | 07/27/2022 | $348.00 | 08/09/2022 | $348.00 |
| 08/22/2022 | $348.00 | 09/07/2022 | $348.00 | 09/20/2022 | $348.00 | 10/03/2022 | $348.00 |
| 10/18/2022 | $348.00 | 11/09/2022 | $348.00 | 11/15/2022 | $348.00 | 11/29/2022 | $348.00 |
| 12/12/2022 | $348.00 | 12/28/2022 | $348.00 | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | MICHELLE M. TRACEY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | JENKINS & CLAYMAN | 13 | $4,065.00 | $4,065.00 | $0.00 | $0.00 |
| 1 | CAMDEN COUNTY MUA | 24 | $1,137.97 | $661.08 | $476.89 | $268.37 |
| 2 | CCS COLLECTIONS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $259.78 | $0.00 | $0.00 | $0.00 |
| 4 | EXETER FINANCE, LLC | 24 | $18,306.74 | $10,635.04 | $7,671.70 | $4,317.30 |
| 5 | MIDFIRST BANK | 24 | $15,699.23 | $9,120.25 | $6,578.98 | $3,702.36 |
| 6 | MIDLAND MORTGAGE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | AMERICAN WATER | 33 | $245.17 | $0.00 | $0.00 | $0.00 |
| 8 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | PHOENIX FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | PURCHASING POWER, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | U.S. DEPARTMENT OF EDUCATION | 33 | $20,157.54 | $0.00 | $0.00 | $0.00 |
| 13 | ERIC CLAYMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. DEPARTMENT OF EDUCATION | 33 | $19,026.97 | $0.00 | $0.00 | $0.00 |
| 16 | U.S. DEPARTMENT OF EDUCATION | 33 | $74,609.63 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF EDUCATION | 33 | $16,901.85 | $0.00 | $0.00 | $0.00 |
| 18 | U.S. DEPARTMENT OF EDUCATION | 33 | $18,708.47 | $0.00 | $0.00 | $0.00 |
| 19 | U.S. DEPARTMENT OF HOUSING & URBAN DEVELOPMENT | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | ASHLEY FUNDING SERVICES, LLC | 33 | $17.66 | $0.00 | $0.00 | $0.00 |
| 21 | ASHLEY FUNDING SERVICES, LLC | 33 | $8.49 | $0.00 | $0.00 | $0.00 |
| 23 | MIDFIRST BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 10/01/2019 | 10.00 | $0.00 |
| 08/01/2020 | Paid to Date | $7,076.86 |
| 09/01/2020 | 49.00 | $754.00 |
| 10/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $9,048.00 |
| Total paid to creditors this period: | $8,288.03 |
| Undistributed Funds on Hand: | $954.21 |
| Arrearages: | ($113.24) |
| Attorney: | JENKINS & CLAYMAN |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**