| |
|---|
| UNITED STATES BANKRUPTCY COURT |
| DISTRICT OF NEW JERSEY |
| **JENKINS LAW GROUP** |
| Jeffrey E. Jenkins |
| Attorneys at Law |
| 412 White Horse Pike |
| Audubon, NJ 08106 |
| (856)546-9696 |
| Attorney for Debtor |
| |
| By: |

Order Filed on September 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Michelle M. Tracey,
            Debtor

Case No.: 19-26949

Adv. No.:

Hearing Date:

Judge:  JNP

## ORDER TERMINATING WAGE ORDER

The relief set forth on the following page, number two (2), is hereby **ORDERED.**

**DATED: September 20, 2024**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**

| | |
|---|---|
| Debtor: | Michelle M. Tracey |
| Case No: | 19-26949 |
| Caption of Order: | Order Terminating Wage Order |

Upon consideration of Jenkins Law Group's motion to terminate the debtor's wage order, and good cause appearing therefore, it is hereby:

**ORDERED** that:

1. The wage order docket entry #34 currently in place for the debtor's trustee payment is hereby terminated.

2. Effective immediately, debtor's employer, Eagan Accounting Services, shall no longer make disbursements to the Standing Chapter 13 Trustee.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-26949-JNP |
| Michelle M. Tracey | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 20, 2024 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2024:**

**Recip ID        Recipient Name and Address**
db            + Michelle M. Tracey, 115 West Emlen Avenue, Lawnside, NJ 08045-1119

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2024            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2024 at the address(es) listed below:

**Name                Email Address**

Andrew B Finberg
                ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

Denise E. Carlon
                on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Isabel C. Balboa
                on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Jason Brett Schwartz
                on behalf of Creditor Exeter Finance LLC bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com

Jeffrey E. Jenkins
                on behalf of Debtor Michelle M. Tracey mail@jjenkinslawgroup.com  JenkinsClayman@jubileebk.net

U.S. Trustee
                USTPRegion03.NE.ECF@usdoj.gov

District/off: 0312-1                                    User: admin                                              Page 2 of 2
Date Rcvd: Sep 20, 2024                          Form ID: pdf903                                      Total Noticed: 1
TOTAL: 6